FILED

2006 Sep-21  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| PENNY JO LAMB | ) |

INFORMATION

COUNT ONE:  (18 U.S.C. 641) (Public money or property)

The United States Attorney charges:

That on or about the 26th day of July 2006, within the Northern District of Alabama, the defendant,

PENNY JO LAMB

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully and knowingly steal or purloin property of the United States from the Army and Air Force Exchange Service, a department or agency of the United States, the value of such property which is under $1,000.00, to wit:  one (1) Clinique Eyeliner, one (1) Clinique Lash Primer, one (1) Clinique Repair Cream, and one (1) Polo Jeans Company shirt, in violation of Title 18, United States Code, Section 641.

ALICE H. MARTIN
United States Attorney

JAMES G. SWORD
Special Assistant U.S. Attorney