IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE: NO.  5:06-CR-    -HGD |
| | ) | |
| PENNY JO LAMB | ) | |

<u>MOTION TO DISMISS</u>

Now comes the United States of America, by and through its counsel, Alice H. Martin, United States Attorney for the Northern District of Alabama, and Daniel A. Papajcik, Special Assistant United States Attorney, and respectfully moves this court to dismiss the charges, to include any PENNY JO LAMB, in violation of Title 18 USC Section 641 respectively, without prejudice.

Respectfully submitted this 18th day of September, 2006.


ALICE H. MARTIN
United States Attorney


\s\ Electronic signature

DANIEL A. PAPAJCIK
Special Assistant U.S. Attorney